ACCEPTED
01-15-00463-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/22/2015 3:55:40 PM
CHRISTOPHER A. PRINE
Clerk

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/22/2015 3:55:40 PM
CHRISTOPHER A. PRINE
Clerk

5/18/2015 12:38:08 PM
Chris Daniel - District Clerk Harris County
Envelope No. 5320663
By: CHRIS WASHINGTON
Filed: 5/18/2015 12:38:08 PM

CAUSE NO 2014-59752

| | | |
|---|---|---|
| CCI SERVICES, CORP., | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| NURIA MANDJE F/K/A NURIA M. | § | |
| CARACCIOLO, | § | |
| | § | |
| Defendant | § | 11ᵀᴴ JUDICIAL DISTRICT |

---

### NOTICE OF ACCELERATED INTERLOCUTORY APPEAL

---

Pursuant to TEX. R. APP. P. 26.1(b) and TEX. CIV. PRAC. & REM CODE §51.014(7), Defendant Nuria Mandje files this Notice of Accelerated Interlocutory Appeal of the attached interlocutory order dated April 30, 3015, denying Defendant's Special Appearance.

RESPECTFULLY SUBMITTED,

**THE CUNNINGHAM LAW FIRM**

_/s/Scott Douglas Cunningham_
SCOTT DOUGLAS CUNNINGHAM
Texas Bar No. 05243700
7670 Woodway, Suite 110
Houston, Texas 77063
(713) 273-8950
(713) 273-8951 (Fax)
E-mail: sdc1776@peoplepc.com

ATTORNEY FOR DEFENDANT
NURIA MANDJE F/K/A
NURIA M. CARACCIOLO

1

L:\Mandje\Pleadings\Notice of Interloc Appeal\Notice of Accelerated Interlocutory Appeal.wpd

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all attorneys of record and/or interested parties by one of the following methods: electronically through the Court's electronic filing manager; in person; by commercial delivery service; by fax; or by email on this the 18th day of May, 2015.

Matthew A. Kornhauser
T. Michael Ballases
HOOVER SLOVACEK, LLP
5051 Westheimer Rd., Suite 1200
Houston, Texas 77056
(713) 977-5395 (fax)
Kornhauser@hooverslovacek.com
Ballases@hooverslovacek.com


    */s/ Scott Douglas Cunningham*
SCOTT DOUGLAS CUNNINGHAM

L:\Mandje\Pleadings\Notice of Interloc Appeal\Notice of Accelerated Interlocutory Appeal.wpd

CAUSE NO. 2014-59752

| CCI SERVICES CORP. | § | IN THE DISTRICT COURT OF |
| | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| | § | |
| NURIA MANDJE f/k/a NURIA M. | § | |
| CARACCIOLO | § | 11TH JUDICIAL DISTRICT |

## ORDER

It is hereby ORDERED that the Defendant's Special Appearance be denied.

APR 3 0 2015

Signed this ___ day of _____, 20___

_____
JUDGE PRESIDING

**FILED**
Chris Daniel
District Clerk

APR 3 0 2015

Time: _____ 10:47 am.
Harris County, Texas
By _____
Deputy

---

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

| | | |
|---|---|---|
| CCI SERVICES, CORP., | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| NURIA MANDJE F/K/A NURIA M. | § | |
| CARACCIOLO, | § | |
| | § | |
| Defendant | § | 11TH JUDICIAL DISTRICT |

## LOCAL RULE NOTICE OF AND ASSIGNMENT OF RELATED CASE IN APPEALS

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals:

__X__ **None**

_____ **Caption:**

**Trial court
case number:** _____

**Appellate court
case number:** _____

_/s/ Scott Douglas Cunningham_
SCOTT DOUGLAS CUNNINGHAM

**Date:** May 18, 2015

L:\Mandje\Pleadings\Notice of Interloc Appeal\L.R. Notice of & Assign of Related Case.wpd